Michael S. **DUKAKIS**, etc., et al.,
Plaintiffs, Appellants,

v.

**UNITED STATES DEPARTMENT OF DEFENSE, et al.,** Defendants,
Appellees.

No. 88–1510.

United States Court of Appeals,
First Circuit.

Heard Oct. 4, 1988.

Decided Oct. 25, 1988.

As Amended Oct. 25, 1988.

Douglas H. Wilkins, Asst. Atty. Gen., with whom James M. Shannon, Atty. Gen., and Eric Mogilnicki, Asst. Atty. Gen., were on brief, for plaintiffs, appellants.

William Damsel, Asst. Atty. Gen., Chief Counsel's Staff, Anthony J. Celebrezze, Jr., Atty. Gen., State of Ohio, James E. Tierney, Atty. Gen. of Maine, Hubert H. Humphrey, III, Atty. Gen. of Minnesota, and Jeffrey L. Amestoy, Atty. Gen. of Vermont, on brief, for States of Ohio, Maine, Minnesota and Vermont, amici curiae.

John R. Bolton, Asst. Atty. Gen., Washington, D.C., with whom Frank L. McNamara, Jr., U.S. Atty., Boston, Mass., Anthony J. Steinmeyer and Deborah Ruth Kant, Civil Div., Dept. of Justice, Washington, D.C., and Major James N. Hatten, Office of the Judge Advocate General, Dept. of the Army, Falls Church, Va., were on brief, for defendants, appellees.

Richard E. Gardiner, Washington, D.C., and Stephen P. Halbrook, Fairfax, Va., on brief, for Firearms Civil Rights Legal Defense Fund, amicus curiae.

Francis C. Newton, Jr., Boston, Mass., on brief, for Nat. Guard Ass'n of the U.S., the Enlisted Ass'n of the Nat. Guard of the U.S., the Adjutants General Ass'n of the U.S. and the Sovereign States of Ala., Fla., Ga., Hawaii, Ill., Ind., Kan., Mo., Nev., N.M., Okl., R.I., S.C., S.D., Tex., Utah and Wis., amici curiae.

Daniel J. Popeo, Utica, N.Y., Paul D. Kamenar, Washington, D.C., and Vicki S. Marani, on brief, for the Washington Legal Foundation, Congressmen Robert K. Dornan, Robert E. Badham, Joe Barton, Sherwood L. Boehlert, William E. Dannemeyer, Tom DeLay, Michael DeWine, David Dreier, Elton Gallegly, John Paul Hammerschmidt, Wally Herger, Duncan Hunter, Henry J. Hyde, Robert J. Lagomarsino, Jerry Lewis, Bill Lowery, Donald E. "Buz" Lukens, Alfred A. McCandless, Jim McCrery, Carlos J. Moorhead, Michael G. Oxley, Ron Packard, Charles Pashayan, Jr., Norman D. Shumway, Gerald B.H. Solomon, Bob Stump, Don Sundquist, Patrick L. Swindall, William M. Thomas, Vin Weber, George C. Wortley, Christopher Cox, and the Allied Educational Foundation, amici curiae.

William J. Guste, Jr., Atty. Gen., Gary L. Keyser, Asst. Atty. Gen., W. Arthur Abercrombie, Jr., Sp. Asst. Atty. Gen., Baton Rouge, La., and Peter V. Grillo, Local Counsel, Haverhill, Mass., on brief, for the State of La., amicus curiae.

Before COFFIN, Circuit Judge, TIMBERS,* Senior Circuit Judge, and TORRUELLA, Circuit Judge.

PER CURIAM.

Having examined the briefs of the parties and *amici* on both sides, and having had the benefit of oral argument, we affirm the judgment on the basis stated in the district court's well reasoned opinion, 686 F.Supp. 30 (D.Mass.1988).

AFFIRMED.